**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **FREDERICK WARREN,** | |
| **Plaintiff,** | |
| | **Case No. 26-cv-00422-SPM** |
| **v.** | |
| **C/O CARLYLE,** *et al.*, | |
| **Defendants.** | |

## ORDER OF DISMISSAL

**MCGLYNN, District Judge:**

Plaintiff Frederick Warren commenced this action by filing a complaint on April 2, 2026. (Doc. 1). At the time of filing, Plaintiff also filed a Motion for Leave to Proceed *in form pauperis* (IFP Motion). (Doc. 2). Plaintiff's IFP Motion was denied as he has "struck out" under 28 U.S.C. §1915(g) and did not meet the requirements of the imminent danger exception. (Doc. 5). Plaintiff was ordered to pay the filing fee of $405.00 on or before May 8, 2026, and was warned that failure to comply with the Court's order would result in dismissal of the action. *Id.* Plaintiff missed the deadline, and so, the Court entered a Notice of Impending Dismissal. Plaintiff was given an extension, and he was instructed to pay the filing fee by May 28, 2026. (Doc. 11). The Court again warned Plaintiff that failure to do so would result in dismissal of this case. (*Id.*).

To date, Plaintiff has not paid filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). All pending motions are **DENIED** as moot. (Doc. 10).

Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred

Page 1 of 2

at the time the action was filed, thus the filing fee of $405.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Therefore, the agency having custody of Plaintiff is **DIRECTED** to remit the $405.00 filing fee from his prison trust fund account if such funds are available. If he does not have $405.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $405.00 is paid in its entirety.

The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $405.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Pinckneyville Correctional Center upon entry of this Order.

The Clerk of Court is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**DATED: June 8, 2026**

_____
**STEPHEN P. MCGLYNN**
**United States District Judge**

Page 2 of 2